IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00630-MSK-KLM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency, and

    Defendant.,

STATE OF UTAH, on behalf of the Utah Department of Environmental Quality, Division of Air Quality,

    Proposed Intervenor.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the State of Utah's **Motion for Leave to Supplement Its Reply** [#28] (the "Initial Motion") and on the State of Utah's **Amended Motion for Leave to Supplement Its Reply** [#30] (the "Amended Motion"). Based on recent events occurring in June 2015, the State of Utah seeks leave to file a brief 3-page Supplemental Reply to its Reply [#27] in support of its Motion to Intervene [#12]. Having reviewed these documents, the Court finds that the State of Utah has provided good cause and that such supplementation is appropriate. Accordingly,

    IT IS HEREBY **ORDERED** that the Amended Motion [#30] is **GRANTED**. The State of Utah's Supplemental Reply [#30-1, #30-2, #30-3] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the Initial Motion [#28] is **DENIED as moot**.

    Dated: July 7, 2015