IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00630-MSK-KLM,
      Consolidated with 15-cv-00666-MSK-MJW

WILDEARTH GUARDIANS,
HEAL UTAH,
NATIONAL PARKS CONSERVATION ASSOCIATION, and
SIERRA CLUB,

      Plaintiffs,

v.

GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

      Defendant.

STATE OF UTAH, and
PACIFICORP,

      Intervenor-Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Status Report Regarding Settlement** [#52]. The portion of the Status Report requesting that the Scheduling Conference set for October 8, 2015 be vacated is referred to the undersigned. *See Order* [#53]. Although a proposed consent decree has been filed with the Court, it does not appear to be universally agreed to by all parties, as the Intervenor-Defendants expressly state that they believe there are several issues in the proposed consent decree that need to be addressed or corrected. In light of this statement,

      IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED in part**. The Scheduling Conference will be continued to a later date, in the event that the proposed consent decree is not accepted. Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 8, 2015 at 10:30 a.m. is **VACATED** and **RESET** to **November 10, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **November 3, 2015**.

Dated: September 3, 2015