IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00630-MSK-KLM,
    Consolidated with 15-cv-00666-MSK-MJW

WILDEARTH GUARDIANS,
HEAL UTAH,
NATIONAL PARKS CONSERVATION ASSOCIATION, and
SIERRA CLUB,

    Plaintiffs,

v.

GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Defendant.

STATE OF UTAH, and
PACIFICORP,

    Intervenor-Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference and Deadline for Submission of Proposed Scheduling Order** [#61] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#61] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 29, 2016, at 9:30 a.m. is **VACATED**.  The parties shall jointly call Chambers at 303-335-2770 within ten days of resolution of the pending Unopposed Motion for Entry of Consent Decree, if that motion is denied, in order to reset a Scheduling Conference.

    Dated: February 22, 2016